**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WIGGINS, | No. C 07-1482 MHP (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| L. BANKS, | |
| Respondent. | |

Petitioner has filed a motion for a continuance to file his objections to "Edmund G. Brown, Jr., Attorney General Of The State Of California Adopting Findings, Conclusions, And Recommendations Of United States Judge."  The court construes the document to be a request for an extension of time to file an opposition to respondent's motion to dismiss because that is the only pending motion and there are no "findings, conclusions and recommendations" in this action.  The request for extension of time is GRANTED. (Docket # 5.)   The court now sets the following new briefing schedule on respondent's motion:

1. Petitioner must file and serve his opposition to the motion to dismiss no later than **October 19, 2007**.

2.. If respondent wishes to file a reply brief, he must file and serve the reply brief no later than **November 2, 2007**.

IT IS SO ORDERED.

Dated: September 20, 2007

_____
Marilyn Hall Patel
United States District Judge